MATTHEW RIGHETTI, (*Pro Hac Vice*)
(California State Bar No. 121012)
MICHAEL RIGHETTI, (*Pro Hac Vice*)
(California State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94101
Telephone: (415) 983-0900 / Facsimile: (415) 397-9005
Email: matt@righettilaw.com
       mike@righettilaw.com

Attorneys for Plaintiffs, CHARLES A. JONES and JOSH WATSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. JONES and JOSH WATSON, on behalf of themselves and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>ALL AMERICAN AUTO PROTECTION, INC.; ROYAL ADMINISTRATION SERVICES, INC.; HAROUT PAMBUCKCHYAN, RAFFI SADEJYAN, and JASON GARCIA,<br><br>Defendants. | Civil Action No.<br><br>USDC, DISTRICT OF NEVADA CASE NO. 3:14-cv-00199-LRH-WGC<br><br>**[PROPOSED] ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>[Fed. R. Civ. P. Rule 45(g)] |

**TO: HAROUT PAMBUCKCHYAN**

**YOU ARE HEREBY ORDERED TO APPEAR AND SHOW CAUSE** at _____, a.m., on _____, 2015, or as soon thereafter as counsel may be heard in the courtroom of the Honorable _____, located at _____, why you should not be held in civil and/or criminal

contempt of court for willfully violating an order of this Court by failing and refusing to comply with the requirements of a subpoena commanding both your personal appearance at deposition and production of documents and information as specified in the subpoena duly served upon you on January 15, 2015.

     This Order to Show Cause must be served on HAROUT PAMBUCKCHYAN and all counsel of record in this action no later than _____ days before the date set for the hearing, and proof of service shall be filed no later than _____ court days before the hearing.

 

_____
Judge, United States District Court